No. 89–6739. McKenzie v. United States. C. A. 4th Cir. Certiorari denied.

No. 89–6743. Kornegay v. United States. C. A. 10th Cir. Certiorari denied.

No. 89–6753. Greene v. United States. C. A. 6th Cir. Certiorari denied.

No. 89–6764. Scott v. Department of the Army. C. A. Fed. Cir. Certiorari denied.

No. 89–6769. Sun v. Welch et al. Sup. Ct. Ga. Certiorari denied.

No. 89–6787. Hawkins v. CECO Corp. C. A. 11th Cir. Certiorari denied.

No. 89–6797. Jones v. Department of the Navy. C. A. Fed. Cir. Certiorari denied.

No. 89–6858. Collier v. United States Postal Service et al. C. A. 9th Cir. Certiorari denied.

No. 89–6865. Foust v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–6876. Wheatley v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–6923. Valencia-Roldan v. United States. C. A. 9th Cir. Certiorari denied.

No. 89–6934. Weekly v. Story, Warden, et al. C. A. 6th Cir. Certiorari denied.

No. 89–6937. Friedman v. Montana et al. C. A. 9th Cir. Certiorari denied.

No. 89–6939. Smallwood v. Springer. C. A. 4th Cir. Certiorari denied.

No. 89–6944. Cooper v. Remax Wyandotte County Real Estate, Inc., et al. Ct. App. Kan. Certiorari denied.